Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>BARRON CRAIG ATWATER,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket 6:13-mj-18-MJS<br><br>STIPULATION TO CONTINUE<br>INITIAL APPEARANCE AND;<br>ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer

for the National Park Service, and Defendant, Barron Craig Atwater, that the Initial Appearance

in the above-captioned matter currently set for June 4, 2013, at 10:00 a.m. be continued to June

18, 2013, at 10:00 a.m.  Mr. Atwater needs more time in order to raise the finances to come to

Yosemite National Park for his Initial Appearance.


Dated: May 15, 2013                    /S/ Matthew McNease
                                                     Matthew McNease
                                                     Acting Legal Officer
                                                     Yosemite National Park


Dated: May 15, 2013                    /S/ Barron Craig Atwater
                                                     Barron Craig Atwater

1

* * * ORDER * * *

Good cause appearing, the Court accepts the above Stipulation to continue the June 4, 2013 Initial Appearance to June 18, 2013, at 10:00 a.m., in *United States v. Barron Craig Atwater*, 6:13-mj-18-MJS, and HEREBY ORDERS AS FOLLOWS:

1.   The June 4, 2013 Initial Appearance in the above-referenced case is continued to June 18, 2013, at 10:00 a.m.

2.   Absent further order of the Court for good cause shown beyond that presented to date and based on presently unforseen and unforeseeable circumstances, there shall be **no further continuances** of the Initial Appearance date in this case.

IT IS SO ORDERED.

Dated:    May 16, 2013                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE